IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MARK THOMPSON,** *Plaintiff,* | § § § § § § § | NO. 1:25-CV-01226-ADA |
| v. | | |
| **GOODWILL INDUSTRIES,** *Defendant.* | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 4. The report recommends the Plaintiff Mark Thompson's cause of action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). *Id.* The report and recommendation was filed August 21st, 2025. *Id.*

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff Mark Thompson filed objections on September 4th, 2025. Dkt. 6. The Court has conducted a de novo review of the Complaint, the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Dustin M. Howell, Dkt. 4, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's cause of action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SIGNED** on September 9, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE